UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GARY LEE SMITH,

    Petitioner,

v.                                              CASE NO. 5:18cv40-MCR-HTC

B A BLACKMON WARDEN
FCI MARIANNA,

    Respondent.
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 21, 2019. ECF No. 20. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1)    The magistrate judge's Report and Recommendation, ECF No. 20, is adopted and incorporated by reference in this Order.

(2)    The petition under 28 U.S.C. § 2241 is **DENIED**.

(3) A certificate of appealability is **DENIED**.

(4) The Clerk is directed to close the file for this case.

**DONE AND ORDERED** this 11th day of July 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**